UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH DIXON, | Civil No. 06-2858 (PJS/RLE) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION AND IMPOSING SANCTIONS |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, NATIONSCREDIT HOME EQUITY LOAN TRUST, SELECT PORTFOLIO SERVICING, INC., FAIRBANKS CAPITAL CORPORATION, and BALBOA LIFE AND CASUALTY, | |
| Defendants. | |

Joseph Dixon, pro se.

Joseph J. Mihalek, FRYBERGER BUCHANAN SMITH & FREDERICK, PA; Kristine M. Speigelberg, Lawrence P. Zielke, SHAPIRO, NORDMEYER & ZIELKE, LLP, for defendants Deutsche Bank National Trust Company, Nationscredit Home Equity Loan Trust, Select Portfolio Servicing, Inc., and Fairbanks Capital Corporation (collectively, "the Deutsche Bank defendants").

Robert E. Salmon, MEAGHER & GEER, PLLP, for defendant Balboa Life and Casualty.

This matter is before the Court on plaintiff Joseph Dixon's objection to the August 1, 2008 Report and Recommendation ("R&R") of Chief Magistrate Judge Raymond L. Erickson. The Court has reviewed de novo those portions of the R&R to which Dixon has objected, as required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), and adopts Judge Erickson's thorough and well-reasoned R&R.

-1-

## ORDER

Based on the foregoing and on all of the files, records, and proceedings herein, the Court OVERRULES Dixon's objection [Docket No. 233] and ADOPTS Judge Erickson's Report and Recommendation [Docket No. 232]. Accordingly, IT IS HEREBY ORDERED THAT:

1. The motions of the Deutsche Bank defendants for sanctions [Docket No. 183] is GRANTED.

2. The motion of the Deutsche Bank defendants for summary judgment [Docket No. 189] is GRANTED.

3. The motion of defendant Balboa Life and Casualty for sanctions [Docket No. 195] is GRANTED.

4. Plaintiff Joseph Dixon's motion for extension of time [Docket No. 201] is DENIED AS MOOT.

5. The motion of defendant Balboa Life and Casualty for summary judgment [Docket No. 203] is GRANTED.

6. Dixon's motion for summary judgment [Docket No. 211] is DENIED.

7. Dixon's motion for summary judgment [Docket No. 213] is DENIED.

8. Dixon's motion for order/judgment regarding returned court documents [Docket No. 224] is DENIED.

9. Dixon's complaint is DISMISSED WITH PREJUDICE AND ON THE MERITS.

10. Dixon is SANCTIONED as follows:

    Plaintiff Joseph Dixon, and anyone acting in concert or cooperation with, him is BARRED from filing any further lawsuits

## ORDER

Based on the foregoing and on all of the files, records, and proceedings herein, the Court OVERRULES Dixon's objection [Docket No. 233] and ADOPTS Judge Erickson's Report and Recommendation [Docket No. 232]. Accordingly, IT IS HEREBY ORDERED THAT:

1. The motions of the Deutsche Bank defendants for sanctions [Docket No. 183] is GRANTED.

2. The motion of the Deutsche Bank defendants for summary judgment [Docket No. 189] is GRANTED.

3. The motion of defendant Balboa Life and Casualty for sanctions [Docket No. 195] is GRANTED.

4. Plaintiff Joseph Dixon's motion for extension of time [Docket No. 201] is DENIED AS MOOT.

5. The motion of defendant Balboa Life and Casualty for summary judgment [Docket No. 203] is GRANTED.

6. Dixon's motion for summary judgment [Docket No. 211] is DENIED.

7. Dixon's motion for summary judgment [Docket No. 213] is DENIED.

8. Dixon's motion for order/judgment regarding returned court documents [Docket No. 224] is DENIED.

9. Dixon's complaint is DISMISSED WITH PREJUDICE AND ON THE MERITS.

10. Dixon is SANCTIONED as follows:

    Plaintiff Joseph Dixon, and anyone acting in concert or cooperation with, him is BARRED from filing any further lawsuits

        in this District unless either (1) the pleadings related to any such lawsuit are signed, pursuant to Fed. R. Civ. P. 11, by an attorney admitted to this Court, or (2) a judicial officer of this District has authorized in advance the filing of such pleadings.

11.    The Clerk of Court is directed to refuse for filing any pleadings submitted by Dixon in connection with future lawsuits unless either (1) the pleadings related to any such lawsuit are signed, pursuant to Fed. R. Civ. P. 11, by an attorney admitted to this Court, or (2) a judicial officer of this District has authorized in advance the filing of such pleadings.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 3, 2008                            s/Patrick J. Schiltz
                                                           Patrick J. Schiltz
                                                           United States District Judge